```
             IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

HAROLD FRANKLIN WALTERS,         :

    Petitioner,              :

v.                               :
                                    CIVIL ACTION 12-0728-WS-M
UNITED STATES OF AMERICA,        :

    Respondent.              :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of the Respondent, the United States of America, and against Petitioner Harold Franklin Walters.

DONE this 23rd day of August, 2013.

                                                   s/WILLIAM H. STEELE
                                                   CHIEF UNITED STATES DISTRICT JUDGE